# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIL COOPER, : | |
|     Plaintiff : | |
| : | No. 1:17-cv-02064 |
| v. : | |
| : | (Judge Kane) |
| LIEUTENANT SHERMAN, et al., : | |
|     Defendants : | |

## ORDER

**AND NOW**, on this 8th day of November 2018, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's first motion to compel (Doc. No. 19), is **DENIED** and Plaintiff is granted leave to re-serve this motion should the issues raised therein not be resolved;

2. Plaintiff's second motion to compel (Doc. No. 23), is **DENIED in part** and **GRANTED in part** as follows:

   a. The motion is denied with respect to requests 1 through 4;

   b. The motion is granted with respect to requests 5 through 7. Defendants shall supplement their responses to requests 5 through 7 within thirty (30) days from the date of this Order;

3. Plaintiff's combined motion to stay discovery (Doc. No. 29), is **DENIED**, and motion for the appointment of counsel (Doc. No. 29), is **DENIED without prejudice**;

4. Plaintiff's motion for an extension of time to file a third motion to compel (Doc. No. 32), is **DENIED AS MOOT**;

5. Plaintiff's third motion to compel (Doc. No. 34), is **DENIED**;

6. Plaintiff's fourth motion to compel (Doc. No. 41), is **DENIED AS MOOT**; and

7. Plaintiff's motion for an extension of the discovery deadline (Doc. No. 39), and Defendants' motion for an extension of the dispositive motion deadline (Doc. No. 44), are **GRANTED**. The discovery deadline is extended to November 26, 2018 and the dispositive motion deadline is extended to December 28, 2018.

                                                           s/ Yvette Kane
                                                           Yvette Kane, District Judge
                                                           United States District Court
                                                           Middle District of Pennsylvania