IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMIL COOPER, :
    Plaintiff :
: No. 1:17-cv-2064
    v. :
: (Judge Kane)
LIEUTENANT SHERMAN, et al., :
    Defendants :

# ORDER

**AND NOW**, on this 6th day of May 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to amend the docket to reflect that the proper spelling of Corrections Officer Weeler's name is Weller; and

2. Plaintiff's motion to file a supplemental complaint (Doc. No. 46) is **DENIED**. This denial is **WITHOUT PREJUDICE** to Plaintiff's right to assert his claims against Corrections Officer Kauert in a new civil rights action should he choose to do so.

                                               s/ Yvette Kane
                                               Yvette Kane, District Judge
                                               United States District Court
                                               Middle District of Pennsylvania