IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMIL COOPER,  :
    Plaintiff  :
      :  No. 1:17-cv-2064
v.  :
      :  (Judge Kane)
LIEUTENANT SHERMAN, et al.,  :
    Defendants  :

**ORDER**

**AND NOW**, on this 7th day of June 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 65) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

    a. Defendants' motion (Doc. No. 65) is **GRANTED** with respect to Plaintiff's claims against Defendants Wetzel and Garman, his First Amendment retaliation claim against Defendant Sherman, his conspiracy claim against Defendants Sherman, Pilosi, and Weller, and his defamation claim against Defendant Sherman, and the Clerk of Court is directed to defer to entry of judgment in favor of Defendants on these claims until the conclusion of the above-captioned proceedings;

    b. Defendants' motion (Doc. No. 65) is **DENIED** with respect to Plaintiff's First Amendment retaliation claim against Defendant Thompson and his retaliatory due process claim against Defendants Pilosi and Weller;

2. A separate Order scheduling a status conference in the above-captioned action shall issue.

                                              s/ Yvette Kane
                                              Yvette Kane, District Judge
                                              United States District Court
                                              Middle District of Pennsylvania